UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN RAY WATTS,<br><br>Defendant(s). | Case No. 2:06-CR-202 JCM (LRL)<br><br>ORDER |

Presently before the court is the case of *United States of America v. John Ray Watts*, case number 2:06-cr-00202-JCM-LRL.

On May 5, 2016, the parties submitted a joint motion to vacate defendant's sentence under 28 U.S.C. § 2255(a). (ECF No. 49). On May 12, 2016, the court granted the joint motion. (ECF No. 50). Prior to submission of the parties' joint motion, defendant John Ray Watts had filed his own motion to vacate sentence under 28 U.S.C. § 2255(a). (ECF No. 47). In his motion, defendant requested substantively identical relief to that granted by the court in response to the parties' joint motion. (*See id.*) Defendant's motion is thus moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant John Ray Watts' motion to vacate sentence under 28 U.S.C. § 2255 (ECF No. 47) be, and the same hereby is, DENIED as moot.

DATED May 13, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**